UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA CHESHIER,<br><br>    Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>    Defendant. | No.  1:14-cv-01265-GEB-SKO<br><br>**ORDER** |
| CARL WOODRUFF and PENNY WOODRUFF,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>    Defendant. | No. 2:14-cv-01890-GEB-SKO |
| JENNIFER NELSON-DEVLIN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>    Defendant. | No.  2:14-cv-02811-KJM-EFB |

1

| | |
|---|---|
| RACHEL ANNE BEN, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>          Defendant. | No.   2:14-cv-02914-MCE-AC |

The Notices of Related Cases concerning the above-captioned cases, filed April 22, 2015, and May 5, 2015, (ECF Nos. 31 and 32), have been considered. See E.D. Cal. R. 123. However, in light of the different and numerous plaintiffs involved in Case Nos. 2:14-cv-02811 and 2:14-cv-02914 ("the later-filed cases"), the different procedural posture of the later-filed cases compared to Case Nos. 1:14-cv-1265 and 2:14-cv-01890 (the earlier filed cases are fully scheduled and have a trial commencement date), and the addition of factual allegations and legal theories in the later-filed cases, Defendant has not shown that assignment of the later-filed cases to the undersigned judge is likely to effect a substantial saving of judicial effort. Therefore, the undersigned judge declines to order reassignment of the later-filed cases.

          Dated:  May 15, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge