David E. Stanley (State Bar No. 144025)
dstanley@reedsmith.com
Alexis A. Rochlin (State Bar No. 280634)
arochlin@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile:  +1 213 457 8080

Michael X. Imbroscio (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

Attorneys for Defendant
Eli Lilly and Company

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RACHEL ANNE BEN; LIBBY DIANE HOLLINGER; JESSICA TIPTON; KENNETH RAY PRICE; DANNY RAY TROSPER; VICKI and ROBERT CRAVEN; KATHERINE JANE BENTLEY; JAMIE NELL HUNT; DEVON ROBERTS; WA'ZETTE McKELVIN; LAWRENCE VIRGIL CURTIS; SUSAN LYNNE BLUNT; PHILIP RANDALL WILHITE; RACHELLE MICHELLE BRUNEAU; TERRY ALAN RAYFIELD; ELIZABETH ANN GUESS; DIANE MARIE LIEBHABER; JOHN ROBERT ADAMS; DEREK DELAYNE HASKINS; PATRICIA MARIE DORMINY; REGINA KAY THOMAS; LARRY and LYNETTE SERNA; EVELYN W. DANIELS; and LISA RAY and JOSEPH MICHAEL LEWIS,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | Case No.: 2:14-cv-02914-KJM-EFB<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL 30-DAY STAY**<br><br>Honorable Kimberly J. Mueller |

**ORDER**

The Court, having reviewed and considered the Joint Notice of Settlement Status and Request for Additional 30-Day Stay submitted by Plaintiffs and Defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

The above-captioned action is stayed for 30-days from the date of this Order to allow the Parties to finalize a formal settlement agreement.

**IT IS SO ORDERED.**

DATED:  July 19, 2016

_____
UNITED STATES DISTRICT JUDGE