David E. Stanley (State Bar No. 144025)
dstanley@reedsmith.com
Alexis A. Rochlin (State Bar No. 280634)
arochlin@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile:  +1 213 457 8080

Michael X. Imbroscio (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

Attorneys for Defendant
Eli Lilly and Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RACHEL ANNE BEN; LIBBY DIANE HOLLINGER; JESSICA TIPTON; KENNETH RAY PRICE; DANNY RAY TROSPER; VICKI and ROBERT CRAVEN; KATHERINE JANE BENTLEY; JAMIE NELL HUNT; DEVON ROBERTS; WA'ZETTE McKELVIN; LAWRENCE VIRGIL CURTIS; SUSAN LYNNE BLUNT; PHILIP RANDALL WILHITE; RACHELLE MICHELLE BRUNEAU; TERRY ALAN RAYFIELD; ELIZABETH ANN GUESS; DIANE MARIE LIEBHABER; JOHN ROBERT ADAMS; DEREK DELAYNE HASKINS; PATRICIA MARIE DORMINY; REGINA KAY THOMAS; LARRY and LYNETTE SERNA; EVELYN W. DANIELS; and LISA RAY and JOSEPH MICHAEL LEWIS,<br><br>       Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>       Defendant. | Case No.: 2:14-cv-02914-KJM-EFB<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL STAY**<br><br>Honorable Kimberly J. Mueller |


**ORDER**

The court, having reviewed and considered the Joint Notice of Settlement Status and Request for Additional Stay submitted by plaintiffs and defendant Eli Lilly and Company (collectively "parties") and with good cause showing, hereby orders as follows:

1. The above-captioned action is stayed until **September 1, 2017**, in order to allow the parties to evaluate plaintiffs' claims under the provisions of the global settlement framework agreement for Cymbalta personal injury cases in various federal and state courts.

2. The parties shall file a status report within 250 days of this order confirming the transmittal of individual settlement offers to claimants.

IT IS SO ORDERED.

DATED:  August 24, 2016

_____
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware