REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RACHEL ANNE BEN; LIBBY DIANE HOLLINGER; JESSICA TIPTON; KENNETH RAY PRICE; DANNY RAY TROSPER; VICKI and ROBERT CRAVEN; KATHERINE JANE BENTLEY; JAMIE NELL HUNT; DEVON ROBERTS; WA'ZETTE McKELVIN; LAWRENCE VIRGIL CURTIS; SUSAN LYNNE BLUNT; PHILIP RANDALL WILHITE; RACHELLE MICHELLE BRUNEAU; TERRY ALAN RAYFIELD; ELIZABETH ANN GUESS; DIANE MARIE LIEBHABER; JOHN ROBERT ADAMS; DEREK DELAYNE HASKINS; PATRICIA MARIE DORMINY; REGINA KAY THOMAS; LARRY and LYNETTE SERNA; EVELYN W. DANIELS; and LISA RAY and JOSEPH MICHAEL LEWIS,<br><br>Plaintiffs,<br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | Case No.: 2:14-cv-02914-KJM-EFB<br><br>**ORDER RE SETTLEMENT STATUS REPORT**<br><br>Honorable Kimberly J. Mueller |

**ORDER**

The Court, having reviewed and considered the Joint Notice of Settlement Status and Request for Additional Stay submitted by Plaintiffs and Defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

1. The Parties are ordered to submit a further status update regarding the global settlement status on **July 1, 2017**.

**IT IS SO ORDERED.**

DATED: May 8, 2017

_____
UNITED STATES DISTRICT JUDGE

ORDER RE SETTLEMENT STATUS REPORT