UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RACHEL ANNE BEN; LIBBY DIANE HOLLINGER; JESSICA TIPTON; KENNETH RAY PRICE; DANNY RAY TROSPER; VICKI and ROBERT CRAVEN; KATHERINE JANE BENTLEY; JAMIE NELL HUNT; DEVON ROBERTS; WA'ZETTE McKELVIN; LAWRENCE VIRGIL CURTIS; SUSAN LYNNE BLUNT; PHILIP RANDALL WILHITE; RACHELLE MICHELLE BRUNEAU; TERRY ALAN RAYFIELD; ELIZABETH ANN GUESS; DIANE MARIE LIEBHABER; JOHN ROBERT ADAMS; DEREK DELAYNE HASKINS; PATRICIA MARIE DORMINY; REGINA KAY THOMAS; LARRY and LYNETTE SERNA; EVELYN W. DANIELS; and LISA RAY and JOSEPH MICHAEL LEWIS,<br><br>          Plaintiffs,<br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>          Defendant. | Case No.: 2:14-cv-02914-KJM-EFB<br><br>**ORDER RE FURTHER SETTLEMENT STATUS REPORT AND REQUEST FOR STAY**<br><br>Honorable Kimberly J. Mueller |

ORDER RE FURTHER SETTLEMENT STATUS REPORT AND REQUEST FOR STAY

# **ORDER**

The Court, having reviewed and considered the Further Settlement Status Report and Request for Continued Stay submitted by Plaintiffs and Defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

1. This case will remain stayed until **July 15, 2018**.
2. The Parties are ordered to submit a further status update regarding the global settlement status on **July 1, 2018.**

IT IS SO ORDERED.

DATED: April 19, 2018.

_____
UNITED STATES DISTRICT JUDGE