REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RACHEL ANNE BEN; LIBBY DIANE HOLLINGER; JESSICA TIPTON; KENNETH RAY PRICE; DANNY RAY TROSPER; VICKI and ROBERT CRAVEN; KATHERINE JANE BENTLEY; JAMIE NELL HUNT; DEVON ROBERTS; WA'ZETTE McKELVIN; LAWRENCE VIRGIL CURTIS; SUSAN LYNNE BLUNT; PHILIP RANDALL WILHITE; RACHELLE MICHELLE BRUNEAU; TERRY ALAN RAYFIELD; ELIZABETH ANN GUESS; DIANE MARIE LIEBHABER; JOHN ROBERT ADAMS; DEREK DELAYNE HASKINS; PATRICIA MARIE DORMINY; REGINA KAY THOMAS; LARRY and LYNETTE SERNA; EVELYN W. DANIELS; and LISA RAY and JOSEPH MICHAEL LEWIS, | Case No.: 2:14-cv-02914-KJM-EFB **ORDER RE JOINT STATUS REPORT AND REQUEST FOR STAY** Honorable Kimberly J. Mueller |

              Plaintiffs,

vs.

ELI LILLY AND COMPANY, an Indiana corporation,

              Defendant.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# ORDER

The court, having reviewed and considered the Joint Status Report and Request for Continued Stay submitted by plaintiffs and defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

1.      This case will remain stayed until **September 27, 2018**.

2.      The court will hold a status conference on **September 27, 2018** at 2:30 p.m. in Courtroom 3.  The parties shall file a joint status report on or before **September 7, 2018**.

**IT IS SO ORDERED.**

DATED:  June 3, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER RE JOINT STATUS REPORT AND REQUEST FOR STAY