UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL ANNE BEN, et al., | No. 2:14-cv-02914-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| ELI LILLY AND COMPANY, an Indiana corporation. | |
| Defendant. | |

This matter came before the court for a status conference on September 27, 2018. Pedrom Esfandiary appeared for plaintiffs; David Stanley for defendant. At the hearing the parties advised the court of the case status and plaintiffs' counsel's intent to withdraw as to remaining plaintiff Rachel Anne Ben. The court also inquired as to the status of plaintiff Susan Lynne Blunt. In light of these discussions, plaintiffs' counsel shall include as part of the forthcoming motion to withdraw the status of all remaining plaintiffs in this action and a record of the most recent communication with each remaining plaintiff. Upon filing the motion, the matter shall be noticed for hearing before the court, and plaintiffs' counsel shall advise all remaining plaintiffs of the hearing.

     IT IS SO ORDERED.

DATE: October 3, 2018.

UNITED STATES DISTRICT JUDGE

1